[No. 15661-0-II.   Division Two.   May 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH SYVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-1-00253-8, David E. Foscue, J., entered

January 14, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.